# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **TENA MARIE DAMRON,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22CV00025 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **KILOLO KIJAKAZI,** | ) | JUDGE JAMES P. JONES |
| **ACTING COMMISSIONER** | ) | |
| **OF SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed November 8, 2023, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Plaintiff's Motion for Summary Judgment is DENIED; and

3. The Defendant's Motion for Summary Judgment is GRANTED.

A final judgment will be entered herewith.

ENTER:   December 13, 2023

/s/  JAMES P. JONES
Senior United States District Judge